FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, O'Reilly Auto Enterprises, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA BONILLA, | Case No. 3:22-cv-00251-ART-CSD |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | **(First Request)** |
| O'REILLY AUTO ENTERPRISES, LLC | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, O'Reilly Auto Enterprises, LLC, will have additional time up to and including July 15, 2022 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendant needs additional time to investigate and review the case in order to respond to Plaintiff's claims and allegations raised in the Complaint.  This is

- 1 –

FP 44262168.1

1   the first request for an extension of this deadline.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>7435 W. Azure Dr.<br>Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street #1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2022