**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YOLANDA BONILLA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>　　　　　　　　　　Defendant. | 3:22-cv-00251-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 24 |

Before the court is Defendant's Motion Regarding Discovery Dispute (ECF No. 24).

Pursuant to the court's Civil Standing Order (ECF No. 7), Plaintiff shall file a response on or before close of business on **Wednesday, April 26, 2023.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: April 24, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1