**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| YOLANDA BONILLA, | Case No.: 3:22-cv-00251-ART-CSD |
| Plaintiff, | **Order** |
| v. | Re: ECF No. 24 |
| O'REILLY AUTO ENTERPRISES, LLC, | |
| Defendant. | |

Defendant filed a motion regarding a discovery dispute concerning Plaintiff's responses to several interrogatories and numerous requests for the production of documents (RFPs) propounded by Defendant to Plaintiff. (ECF No. 24.) Plaintiff filed a response. (ECF No. 27.)

As a preliminary matter, Defendant's motion references 73 requests for production of documents (ECF 25, Def. Ex. B), which seems excessive for an employment case that does not appear to be unduly complex.[1] The court has also undertaken a preliminary review of Plaintiff's responses to the requests for production (set forth in ECF No. 25-52), and the court observes the Plaintiff's responses largely contain boilerplate objections and generic responses that state: "See Plaintiff's Initial Disclosures and any supplements or amendments thereto." These boilerplate objections and generic responses to the requests for production are insufficient. A response cannot

---

[1] Plaintiff's lawsuit involves two claims: 1) violation of Family Medical Leave Act and 2) retaliatory discharge. (ECF 1, p.4-8).

just refer the propounding party to a party's initial disclosures (including supplements or amendments) without identifying which documents are responsive to the particular request.

In light of these preliminary observations, the court orders Plaintiff's counsel and Defendant's counsel to meet and confer in good faith within the next week, and provide a joint status update on **May 12, 2023,** advising the court of the details of the meet and confer conference in compliance with Local Rule 26-6(c) and Local Rule IA 1-3(f), and identifying those items that remain in dispute. If, after reviewing the joint status update, the court finds that the parties have not sufficiently met and conferred in good faith to reasonably resolve or at least narrow down the numerous discovery items at issue, the court will require Plaintiff's counsel and Defendant's counsel to appear *in person* at the federal courthouse in Reno to meet and confer. Following the filing of the joint status report, the court will determine whether the in-person meet and confer conference at the courthouse and/or a hearing are required.

**IT IS SO ORDERED**.

DATED: May 1, 2023.

_____
Craig S. Denney
United States Magistrate Judge