1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| YOLANDA BONILLA, | ) | Case No: 3:22-cv-00251-ART-CSD |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | |
| vs. | ) | **STIPULATION TO DISMISS** |
| | ) | **WITH PREJUDICE** |
| O'REILLY AUTO ENTERPRISES, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff Yolanda Bonilla and Defendant O'Reilly Auto Enterprises, LLC, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against Defendant, is hereby dismissed with

1

FP 48491013.1

prejudice as to future action, with the parties to bear their own respective costs, expenses, and attorneys' fees.

Dated this 27th day of November 2023.

| KEMP & KEMP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ James P. Kemp, Esq.<br>JAMES P. KEMP<br>7535 W. Azure Drive<br>Suite 110<br>Las Vegas, NV 89130<br>*Attorney for Plaintiff* | By: /s/ Robert E. Dezort, Esq.<br>SCOTT M. MAHONEY<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>ANTHONY D. DICK<br>(*Admitted Pro Hac Vice*)<br>ROBERT E. DEZORT<br>(*Admitted Pro Hac Vice*)<br>200 Public Square<br>Suite 4000<br>Cleveland, OH 44114<br>*Attorneys for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

November 28, 2023
DATED

FP 48491013.1